[Cite as *06/26/2003 Case Announcements #2*, 2003-Ohio-3321.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*June 26, 2003*

## MOTION AND PROCEDURAL RULINGS

**1991–2137. State v. Campbell.**
Hamilton App. No. C–890330. Upon consideration of appellant's motion for stay of execution pending review by this court of Supreme Court case No. 2003–1101,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.